UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 21-6605 MWF (KESx)**                          Date:  November 16, 2021

Title        **Emin Saakyan v. United States Postal Service, et al.**

Present:  The Honorable:        MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 16, 2021.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on November 15, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 1, 2021**.

- BY PLAINTIFF:  PROOFS OF SERVICE of Summons and Complaint on Defendants.

     AND/OR

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT ("Response").  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

     OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-6605 MWF (KESx)**                                Date:  November 16, 2021

Title         **Emin Saakyan v. United States Postal Service, et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **DECEMBER 1, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm

---