UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-6605 MWF (KESx)**                                    Date:  January 28, 2022

Title        **Emin Saakyan v. United States Postal Service, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|         Rita Sanchez          |        Not Reported         |
|-------------------------------|-----------------------------|
|         Deputy Clerk          |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
         Not Present                                    Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Complaint was filed on August 16, 2021.  (Docket No. 1).  On November 16, 2021, the Court filed an Order to Show Cause ("OSC") requiring Plaintiff to show cause why the action should not be dismissed for lack of prosecution.  (Docket No. 12).  On November 18 and 23, 2021, Plaintiff filed two Proofs of Service.  (Docket Nos. 13 and 14).  The Court makes no determination at this time as to whether the Summons and Complaint have been properly served pursuant to Federal Rules of Civil Procedure, Rule 4(i).

   The Court again **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 11, 2022**.

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT or an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT for Defendants who have been properly served and have not responded to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     **CV 21-6605 MWF (KESx)**                               Date: January 28, 2022

Title         **Emin Saakyan v. United States Postal Service, et al.**

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **FEBRUARY 11, 2022** will result in the dismissal of this action.  The Court will not issue a third Order to Show Cause to remind Plaintiff to prosecute this action.

      IT IS SO ORDERED.

      Initials of Preparer:  RS/sjm